UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                          Chapter 13 No. GK-11-00386
Lucinda M. Broecker
                  Debtor.                                         Hon. James D. Gregg
_____/

## OBJECTIONS TO CONFIRMATION

      NOW COMES Chase Home Finance LLC, by and through their attorneys, Trott & Trott, P.C., and hereby Objects to Confirmation as follows:

      1.    That Creditor is a holder of a mortgage on real property owned by the debtor(s) and located at 107 E Broadwell St, Albion, MI 49224-1123;

      2.    That the Debtor's Plan of Reorganization as proposed fails to provide for treatment of the Property as to this Creditor;

      3.    That according to Creditor's Proof of Claim, Creditor must receive the regular monthly payment of $805.89;

      4.    That the Debtor's Plan of Reorganization fails to list or include Creditor;

      5.    That the Debtor's Plan of Reorganization fails to list or include Property;

      6.    That if the Debtor is not proposing to pay debt owed to Creditor, the Automatic Stay should be vacated so that Creditor may pursue collection activities;

      WHEREFORE, Creditor prays that Confirmation be denied.

                                              Respectfully Submitted,
                                              Trott & Trott, P.C.

Dated: January 25, 2011

                                              /S/ Shawn C. Drummond (P58471)
                                              /S/ Adam Reatherford (P70827)
                                              <u>/S/ James W. Batchelor (P25500)</u>
                                              Attorney for Chase Home Finance LLC
                                              31440 Northwestern Highway, Suite 200
                                              Farmington Hills, MI 48334-2525
                                              248.642.2515
                                              Email: WesternECF@trottlaw.com

T&T #361110B01

**Trott & Trott, P.C.**
31440 Northwestern Highway, Suite 200
Farmington Hills, MI 48334-2525
Phone 248.642.2515
Facsimile 248.642.3628