UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

*In re:*

| | |
|---|---|
| Lucinda M. Broecker, | **Chapter:** 13 |
| fka Lucinda M. Malocha, | **Case Number:** 11-00386 |
| Debtor(s). | **Judge:** Gregg |

107 East Broadwell Street
Albion, MI 49224

xxx-xx-9377

_____/

**DEBTOR'S OBJECTION TO CLAIM**
**AND**
**NOTICE AND OPPORTUNITY FOR HEARING**

NOW COMES Debtor Lucinda M. Broecker, by and through her attorney, and states:
That **CHASE HOME FINANCE, LLC ("Alleged Creditor")** filed a claim in this bankruptcy case (Claim # 5), and in contravention of 11 USC § 501, 502 and/or 1305 and/or Fed. R. Bank. P. 3001, 3002 and 3007, such claim:

Fails to provide documentation showing that Debtor is liable or may be liable at law for any debt to Alleged Creditor or that Debtor is a mortgagor to Alleged Creditor. Rather, the documents filed with the Proof of Claim show that Debtor's non-filing husband is personally liable on the alleged debt and is the sole mortgagor.

**Wherefore, Debtor prays for an Order:**

**DISALLOWING CLAIM # 5 IN ITS ENTIRETY.**

**NOTICE TO CLAIMAINT:**

**You may:** 1) **Attempt to cure the objection to claim by filing either an amended claim or the required documents with the Court,**
**OR**
2) **Within 30 days from the date of service file an answer *and* request a hearing with the U.S. Bankruptcy Court, 1 Division Ave. North, Room 200, Grand Rapids, MI 49503, with copies served on the Trustee and the Attorney for the Debtor.**

**FAILURE TO PROPERLY CURE OR FILE AN ANSWER will result in the Debtor filing, with the Court, an Affidavit of Non-Response with the proposed enclosed order granting the relief requested.**

February 12, 2011

/s/Guy T. Conti
Guy T. Conti P68889
ContiLegal
Attorney for Debtor
2002 Hogback Rd., Suite 11
Ann Arbor, MI  48105
888.489.3232 voice
888.848.8228 fax
gconti@contilegal.com

## CERTIFICATE OF SERVICE

I, Guy T. Conti, do hereby affirm under the penalty of perjury that on February 12, 2011, I served the following documents:

This Objection to Claim
Proposed Order on Objection to Claim

on Chase Home Finance, LLC by placing a copy of said documents in the U.S. Mail, first-class postage fully prepaid, addressed to:

Chase Home Finance LLC
Mail Code OH4-7302
3415 Vision Drive
Columbus, OH  43219

and

Shawn C. Drummond, Esq.
Trott & Trott, P.C.
31440 Northwestern Highway, Suite 200
Farmington Hills, MI  48334-2525

The same documents were served on the Chapter 13 Standing Trustee on the same date through this Court's CM/ECF system.

February 12, 2011

/s/Guy T. Conti
Guy T. Conti P68889
ContiLegal

Attorney for Debtor
2002 Hogback Rd., Suite 11
Ann Arbor, MI  48105
888.489.3232 voice
888.848.8228 fax
gconti@contilegal.com