UNITED STATES DISTRICT COURT FOR WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION, BANKRUPTCY DIVISION

| | | |
|---|---|---|
| IN RE: | | GK 11-00386 |
| LUCINDA M BROECKER | xxx-xx-9377 | 1/17/11 |

**AMENDED**

<u>ORDER</u> TO <u>EMPLOYER</u> TO PAY THE <u>TRUSTEE</u>

UPON PRESENTATION OF THE TRUSTEE OR OTHER INTERESTED PARTY, THE COURT FINDS THAT: THE ABOVE NAMED DEBTOR HAS PENDING IN THE COURT A PROCEEDING FOR A WAGE EARNER'S PLAN UNDER CHAPTER 13 OF THE BANKRUPTCY CODE AND PURSUANT TO THE PROVISIONS OF SAID STATUTE AND OF THE DEBTOR'S PLAN, THE DEBTOR HAS SUBMITTED ALL FUTURE EARNINGS AND WAGES TO THE EXCLUSIVE JURISDICTION OF THIS COURT FOR THE PURPOSE OF CONSUMMATING THE PLAN, AND: THAT UNDER THE PROVISIONS OF SECTION 1306(A) (2) AND 1322(A) (1) OF THE BANKRUPTCY CODE, THE EMPLOYER OF THE DEBTOR MAY BE REQUIRED UPON ORDER OF THE COURT TO PAY OVER SUCH PORTION OF THE WAGES OR EARNINGS OF THE DEBTOR AS MAY BE NEEDED TO EFFECTUATE SAID PLAN, AND THAT SUCH AN ORDER IS NECESSARY AND PROPER, SO THEREFORE:

IT IS ORDERED, UNTIL FURTHER ORDER OF THIS COURT, THE EMPLOYER OF SAID DEBTOR:

PFIZER INC
ATTN: PAYROLL
201 TABOR RD
MORRIS PLANS, NJ  07950-

SHALL DEDUCT FROM THE EARNINGS OF SAID DEBTOR THE SUM OF **$240.40 PER Weekly PAY PERIOD** BEGINNING ON THE NEXT PAY DAY FOLLOWING THE RECEIPT OF THIS ORDER AND TO DEDUCT A SIMILAR AMOUNT FOR EACH PAY PERIOD THEREAFTER, INCLUDING PERIODS FOR WHICH THE DEBTOR RECEIVES PERIODIC OR LUMP SUM PAYMENTS FOR AN ON ACCOUNT OF VACATION, TERMINATION, OR OTHER BENEFITS ARISING OUT OF PRESENT OR PAST EMPLOYMENT OF THE DEBTOR AND TO FORTHWITH REMIT THE SUMS SO DEDUCTED TO:

Brett N. Rodgers, Trustee
CHAPTER 13 TRUST ACCOUNT
2482 Momentum Place
Chicago, IL 60689-5324

/s/ Brett N. Rodgers

THE TRUSTEE SO APPOINTED HEREIN OR HIS SUCCESSOR IN INTEREST:
IT IS FURTHER ORDERED, THAT ALL EARNINGS AND WAGES OF THE DEBTOR, EXCEPT THE AMOUNTS REQUIRED TO BE WITHHELD BY THE PROVISION OF ANY LAWS OF THE UNITED STATES, THE LAWS OF ANY STATE OR POLITICAL SUBDIVISION, OR BY ANY INSURANCE, PENSION, RETIREMENT, OR UNION DUES AGREEMENT BETWEEN EMPLOYER AND THE DEBTOR, OR BY ORDER OF THE COURT, BE PAID TO THE AFORESAID DEBTOR IN ACCORDANCE WITH THE EMPLOYER'S USUAL PAYROLL PROCEDURE.
IT IS FURTHER ORDERED THAT SAID EMPLOYER NOTIFY SAID TRUSTEE IF EMPLOYMENT OF SAID DEBTOR BE TERMINATED AND THE REASON FOR SUCH TERMINATION.
IT IS FURTHER ORDERED THAT NO DEDUCTIONS FOR ACCOUNT OR ANY GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THE COURT BE MADE FROM THE EARNINGS OF SAID DEBTOR, EXCEPT FRIEND OF THE COURT IF APPLICABLE, & (OTHER POSSIBLE DEDUCTIONS).
IT IS FURTHER ORDERED THAT THIS ORDER SUPERSEDE PREVIOUS ORDERS, IF ANY MADE TO THE SUBJECT EMPLOYER IN THIS CAUSE.

DATED: _____

_____
CLERK OF THE COURT FOR BANKRUPTCY JUDGE

RETURN FOR SERVICE TO:
TRUSTEE, 50 LOUIS ST  NW STE 700, GRAND RAPIDS, MI  49503

SERVED BY MAIL:  SERVED BY: _____   DATE: _____
TRUSTEE:  SEE ABOVE
EMPLOYER:  SEE ABOVE


DEBTOR:       **LUCINDA M BROECKER**
              **107 EAST BROADWELL STREET**

              **ALBION, MI  49224**


ATTORNEY:     **GUY T CONTI**
              **THE LAW OFFICES OF GUY T CONTI PLLC**
              **2002 HOGBACK ROAD, SUITE 11**
              **ANN ARBOR, MI  48105-**