UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                Chapter 13 No. GK-11-00386
Lucinda M. Broecker
          Debtor.                                          Hon. James D. Gregg
_____/

**STIPULATION VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO CHASE HOME FINANCE LLC AND WAIVING THE PROVISION OF FRBP 4001(a)(3)**

NOW COMES Creditor, Chase Home Finance LLC, by and through its attorneys, Trott & Trott, P.C., with respect to the property located at 107 E Broadwell St, Albion, MI 49224-1123, along with the Trustee of Record, Brett N. Rodgers, and the Debtor(s), Lucinda M. Broecker, by and through their attorney, Guy T. Conti, and the parties having agreed to vacate the automatic stay;

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1.    The Automatic Stay and Co-Debtor Stay, as to the Creditor, Chase Home Finance LLC, shall be vacated;

2.    That the Order shall be effective immediately upon entry by this Court notwithstanding the provision of FRBP 4001(a)(3).

3.    That any surplus on the sale of this property shall be distributed pursuant to applicable state law and procedures.

4.    That the Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code. In the event Creditor deems the property is physically abandoned by the debtor(s)/homeowner(s), or by consent of the debtor(s) / homeowner(s), Creditor may also seek to shorten the Michigan post foreclosure statutory redemption period. A Chapter 7 Trustee may have the same rights and defenses as Debtor should Creditor seek to shorten

TROTT & TROTT, P.C.
31440 NORTHWESTERN
HIGHWAY, SUITE 200
FARMINGTON HILLS, MI
48334-2525
PHONE 248.642.2515
FACSIMILE 248.642.3628

the redemption period.

     5.    Any Order vacating the automatic stay and the co-debtor stay entered pursuant to this resolution shall allow Movant, at its option, to offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

Stipulated and agreed:

/S/ James W. Batchelor (P25500)
/S/ Courtney Roberts (P64717)
Attorney for Chase Home Finance LLC
4024 Park East Ct., Ste. B
Grand Rapids, MI 49546
Phone: (616) 942-0893
Fax: (616) 942-0921
Email: WesternECF@trottlaw.com

_Guy Conti with perm_
Guy T. Conti (68889)
The Law Offices of Guy T. Conti, PLLC
2002 Hogback Rd Ste 11
Ann Arbor, MI 48105-9736
(888) 489-3232

_Elizabeth Clark with permission_
Brett N. Rodgers
Chapter 13 Trustee
50 Louis St NW Ste 700
Grand Rapids, MI 49503-2690
(616) 454-9638

In re:    Lucinda M. Broecker
         Case #: 11-00386
         Trott #: 361110B01

TROTT & TROTT, P.C.
31440 NORTHWESTERN HIGHWAY, SUITE 200
FARMINGTON HILLS, MI 48334-2525
PHONE 248.642.2515
FACSIMILE 248.642.3628

the redemption period.

5. Any Order vacating the automatic stay and the co-debtor stay entered pursuant to this resolution shall allow Movant, at its option, to offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

Stipulated and agreed:

/S/ James W. Batchelor (P25500)
/S/ Courtney Roberts (P64717)
Attorney for Chase Home Finance LLC
4024 Park East Ct., Ste. B
Grand Rapids, MI 49546
Phone: (616) 942-0893
Fax: (616) 942-0921
Email: WesternECF@trottlaw.com

Guy T. Conti (66889)
The Law Offices of Guy T. Conti, PLLC
2002 Hogback Rd Ste 11
Ann Arbor, MI 48105-9736
(888) 489-3232

Brett N. Rodgers
Chapter 13 Trustee
50 Louis St NW Ste 700
Grand Rapids, MI 49503-2690
(616) 454-9638

TROTT & TROTT, P.C.
31440 NORTHWESTERN
HIGHWAY, SUITE 200
FARMINGTON HILLS, MI
48334-2525
PHONE 248.642.2515
FACSIMILE 248.642.3628

In re: Lucinda M. Broecker
Case #: 11-00386
Trott #: 361110301