B6A (Official Form 6A) (12/07)

In re **Lucinda M Broecker**, Case No. **11-00386**
Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **229 N. Prospect St.** **Ypsilanti, MI  48198** | **Fee Simple Absolute - rental property** | - | 82,200.00 | 133,031.00 |
| **Week 37, Unit 5972, Condo 9, Fairfield Glade** **Fairfield Communities, Inc.** | **Deeded Timeshare** | - | 5,000.00 | 2,734.00 |
| **107 E. Broadwell Street** **Albion, MI  49224** **Primary residence** | **Dower rights only - debtor married spouse after spouse acquired the homestead** | - | 0.00 | 0.00 |

|  |  |
|---|---|
| Sub-Total > | **87,200.00**   (Total of this page) |
| Total > | **87,200.00** |

**0**  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

**COVER SHEET FOR AMENDMENTS**

CASE NAME: **Lucinda M Broecker**

CASE NUMBER: **11-00386**

The enclosed documents amend the matrix, schedules and/or list of creditors previously filed in this case. Please check the appropriate boxes:

The purpose of this amendment is to:

☐ Add creditors. How many? _____

☐ Correct the addresses of creditors already listed on the schedules and matrix previously filed. (Use back of this form)

☐ File new schedules because the case has been converted to another chapter and amendments are required by the court rules.

☒ Other (please explain)  **amend Schedule A to add a value to Debtor's dower rights**

THE FOLLOWING DOCUMENTS ARE ATTACHED:

☐ **$26.00 AMENDMENT FEE**. This fee is required whenever you add creditors to a case. The fee is not required when correcting addresses of previously listed creditors. It is not required when new schedules are filed in a converted case.

☐ AMENDED SCHEDULES AND LIST OF CREDITORS. Send the original and as many copies as are required by Local Bankruptcy Rule 1007.1. Schedules must be verified by the debtor(s).

☐ MATRIX. Send a matrix in the new format, **listing only the amended creditors being added**. Please do not send a matrix adding creditors to a case unless you also send the amended schedules. Do not send a new matrix to correct an address – use the back of this form. The creditor matrix must adhere to the form required by the Clerk. Effective July 9, 2003, the Clerk's Office will **only** accept creditor matrices on diskette. The customer should save the matrix to disk in ASCII format, as a TXT file. The matrix should be saved on disk with a file name of the debtor's last name and first initial (i.e. SmithK.txt). The verification of matrix is still required and must be submitted in hard copy along with the disk containing the matrix file. A Verification of Matrix form must be signed by the attorney preparing the matrix. (DO NOT SIGN THE ACTUAL MATRIX.)

NOTE: BR 1009 requires the attorney amending such pleadings to notify parties affected by the amendments.

CORRECTIONS TO MAILING MATRIX

Use this form to make corrections to the names and addresses of any creditors or parties in interest who are listed on the current matrix of the case. You may also delete names from the matrix by using this form.

**\*\*\*DO NOT USE THIS FORM TO ADD NEW CREDITORS TO THIS CASE.\*\*\***

NAME OF CREDITOR (As it now appears)

**Previous address:**
Please change to
the following:

NAME OF CREDITOR (As it now appears)

**Previous address**:
Please change to
the following:

NAME OF CREDITOR (As it now appears)

**Previous address**:
Please change to
the following:

Signed:  /s/Lucinda M. Broecker

IF YOU HAVE MORE CHANGES JUST COPY THIS SHEET AND KEEP TYPING

(amendform)
Rev. 03/31/06