Official Form 210B (10/06)

# United States Bankruptcy Court
Western District of Michigan

In re Lucinda M Broecker ,    Case No: 11–00386–jdg
                              Chapter: 13

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

Claim No. 5 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 5/24/11 (date).

| Name & Address of Transferor:: | Name & Address of Transferee: |
|---|---|
| Chase Home Finance LLC<br>Mail Code OH4–7302<br>3415 Vision Dr.<br>Columbus, OH 43219 | JPMorgan Chase Bank, N.A.<br>3415 Vision Drive – Att. Dept. OH4–7126<br>Columbus, OH 43219 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty–one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: May 25, 2011

Daniel M. LaVille
Clerk of Bankruptcy Court


/S/_____
H. Burse
Deputy Clerk